UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>$204,700.00 IN UNITED STATES CURRENCY,<br>Defendant.<br><br>LISA HENRY,<br>Claimant. | Case No. 3:20-cv-00626-MMD-CSD<br>Ninth Circuit Court of Appeals No. 22-16661<br><br>ORDER |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having, on July 29, 2026, issued its order remanding the case to the District Court (ECF No. 67), and on August 6, 2026 issued its mandate (ECF No. 68) thereon, and the Court being fully advised in the premises, now, therefore, it is ordered that the mandate be spread upon the records of this Court.

The remand order directs a remand consistent with *United States v. $1,106,775.00 United States* Currency, 177 F.4th 986 (9th Cir. 2026) (en banc). The remand order further notes that "[o]n remand, Henry should be given the opportunity to provide more complete responses to the Rule G(6) interrogatories." (ECF No. 67 at 1-2.)

It is therefore ordered that the Order granting Plaintiff's motion to strike Claimant's claim (ECF No. 47), the Order granting default judgment (ECF No. 55) and default judgment (ECF No. 56) are vacated.

///

///

The parties are directed to file a status report within 14 days of the date of entry of this order as to the next steps that should be taken to move this case forward.

DATED THIS 10th Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE