TODD BLANCHE
Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
MARK J. MCDONALD
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Email: mark.mcdonald2@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$204,700.00 in U.S. Currency,<br><br>Defendant. | Case No. 3:20-cv-00626-MMD-CSD<br><br>**ORDER GRANTING STIPULATION FOR ENTRY OF JUDGMENT OF FORFEITURE** |

Pursuant to the Court's Order entered on August 10, 2026, the United States of America, through its undersigned counsel, and Lisa Henry ("Claimant"), through her undersigned counsel, met and conferred to discuss the next steps that should be taken to move this case forward. *See* Dkt. No. 69.

The United States and Claimant (the "Parties") agree to resolve the claim filed by Claimant, Dkt. No. 7, and respectfully request the Court enter the below judgment of forfeiture, according to the following stipulated terms and conditions.

1. On November 10, 2020, the United States commenced this civil forfeiture action by filing a complaint against $204,700.00 in U.S. Currency seized by the Drug Enforcement Agency (DEA) on June 23, 2020, from a vehicle owned by Claimant (the "Defendant Property"). Dkt. No. 1.

2. On January 12, 2021, Claimant filed a timely and valid verified claim to the Defendant Property. Dkt. No. 7.

3. The Parties agree Claimant is the sole claimant in this civil forfeiture action.

4. The Parties agree that $153,525.00 of the $204,700.00 in U.S. Currency, together with any interest that may have accrued on this percentage of the total amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(C), and be disposed of according to law.

5. The Parties agree that $51,175.00 of the $204,700.00 in U.S. Currency, together with any interest that may have accrued on this percentage of the total amount, shall be returned to Claimant, minus any debts owed by Claimant to the United States or any other debts the United States is authorized to collect through the Treasury Offset Program. Claimant agrees and understands that the Treasury Offset Program may reduce the amount returned to Claimant pursuant to this Stipulation.

6. Claimant releases the United States, its agencies, agents, officers, and employees, including the employees and agents of the United States Department of Justice, the DEA, the Northern Nevada Interdiction Tast Force (NNITF), the Nevada Highway Patrol (NHP), the Washoe County Sheriff's office (WCSO), the Reno Police Department (RPD), and the Sparks Police Department (SPD), from any and all claims, action or liabilities arising out of or related to the stop, search, seizure and retention of the Defendant Property, including any claims for attorney's fees or costs which may be asserted on behalf of Claimant against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise. Claimant and her counsel agree that Claimant did not substantially prevail in this action and that no attorney's fees will be awarded.

7. The execution of this Stipulation does not constitute any admission of fact or wrongdoing by Claimant or the United States or any of its above employees and agents.

8. Claimant agrees to waive any rights she may have to appeal this Stipulation and Judgment of Forfeiture.

9. Claimant agrees to waive any rights she may have to seek remission or mitigation of the forfeiture of the Defendant Property.

10. The Parties agree that, pursuant to 28 U.S.C. § 2465, there was reasonable cause for the seizure and forfeiture of the Defendant Property.

11. Claimant acknowledges and agrees that she has fully read, understands, and voluntarily enters into this Stipulation, having been afforded an opportunity to ask questions and consult with an attorney of her choice before signing this Stipulation.

12. This Stipulation contains the entire agreement between the Parties.

Respectfully submitted,

TODD BLANCHE
Attorney General

Dated: 8/24/2026

MARK J. MCDONALD
Assistant U.S. Attorney

Dated: 8/20/2026□

*David M. Michael*

DAVID M. MICHAEL
Counsel for Claimant

Dated: 8/22/2026

LISA HENRY
Claimant

## FINAL JUDGEMENT OF FORFEITURE

IT IS HEREBY ORDERED that the Clerk shall enter judgment in favor of the United States, that $153,525.00, together with any interest that may have accrued on this percentage of the total amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(C), and be disposed of according to law, and that $51,175.00, together with any interest that may have accrued on this percentage of the total amount, shall be returned to Claimant, minus any debts the United States is authorized to collect through the Treasury Offset Program.

IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and forfeiture of the Defendant Property.

The Clerk shall CLOSE this case.

DATED this 25th day of August, 2026.

MIRANDA M. DU