TODD BLANCHE
Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
MARK J. MCDONALD
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Email: mark.mcdonald2@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>$204,700.00 in U.S. Currency,<br><br>Defendant. | Case No. 3:20-cv-00626-MMD-CSD<br><br>**ORDER GRANTING UNITED STATES' MOTION TO REMOVE MISTAKENLY FILED DOCUMENT, DKT NO. 70** |

The United States of America bring this motion to remove a mistakenly filed and confidential document from the ECF system for the District of Nevada:

1. **Stipulation for Entry of Judgment of Forfeiture and Joint Status Report by Plaintiff United States of America, Dkt. No. 70.**

The above document was mistakenly filed and contains confidential attorney work product and internal Department of Justice settlement considerations, which was prepared pursuant to the parties' compromise negotiations. The face of the document, an internal Department of Justice settlement memorandum, complete with agency counsel approval, demonstrates it was never intended for public disclosure. The intended document was later correctly filed. Dkt. No. 71. The undersigned attempted to contact the ECF helpdesk to restrict access but, it being after hours, was unable to reach the helpdesk. This motion now follows.

//

//

The undersigned apologies to the Court for the inconvenience and for disturbing what was intended to be an expeditious resolution to this case.

The United States respectfully requests the Court remove the mistakenly filed document from its ECF system, Dkt. No. 70.

Dated: August 24, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

*/s/ Mark J. McDonald*
MARK J. MCDONALD
Assistant United States Attorney

IT IS SO ORDERED:

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED: August 25, 2026